674 A.2d 168

IN THE MATTER OF CHESTER A. JUST,
AN ATTORNEY AT LAW.

April 22, 1996.

### ORDER

This matter having been duly presented to the Court, it is ORDERED that **CHESTER A. JUST**, formerly of **EAST NEWARK**, who was admitted to the bar of this State in 1961, and who was thereafter suspended from the practice of law for a period of three months, effective June 28, 1995, by Order of this Court dated June 2, 1995, be restored to the practice of law, effective immediately.